*REMAND/JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8118-GW(PJWx) | Date | January 30, 2014 |
|---|---|---|---|
| Title | *Pamela Gray v. Target, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

     Plaintiff Pamela Gray filed a First Amended Complaint on January 27, 2014 [19]. Based on the Court's Ruling issued on January 16, 2014 [18], the above-entitled action is hereby remanded to the Los Angeles County Superior Court (BC504103).

                                                                                        :

Initials of Preparer     JG